# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN MCLAUGHLIN ) | |
| ) | Case Number: 09-cv-05574 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| SOURCE RECEIVABLES ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 4th day of August, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Garrity Graham Murphy Garofalo & Flinn

BY: /s/ *Peter Cipparulo, III*
Peter Cipparulo, III, Esquire
Attorney for Defendant